# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **AARON DOHERTY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Case No. CIV 12-171-RAW-KEW** |
| | ) | |
| **JASON BRYANT, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On September 23, 2015, the court affirmed and adopted the Magistrate Judge's Report and Recommendation and dismissed petitioner's petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 7th day of October 2015.

**Dated this 7th day of October, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma